

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-19-00209-CV

Scott **BURRIS**, Ashley Burris, Wayne Burris, Lee Burris, Kenneth David, Cece Davis, Amy Wilson, Mike Wilson, Daryl Green, Cathy Green, Jeffery Griggs, Cliff Jackson, Mamie Jackson, William Merrill, Tonya Spells, Quinton Perry, Angie Perry, Kenneth Shields, Tamara Shields, Cathy Hight, Clinton Siples, and Michelle Siples,
Appellant

v.

**SCHERTZ BANCSHARES CORPORATION**, Individually and d/b/a Schertz Bank & Trust, Schertz Bank & Trust, and Mustang Valley Estates Homeowners Association,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1512-CV
Honorable William Old, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before July 10, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court